NATIONSTAR MORTGAGE LLC, d/b/a
Champion Mortgage Company,
Respondent

v.

Geneva MCDANIEL, Petitioner

No. 158 EAL 2017

Supreme Court of Pennsylvania.

September 21, 2017

## ORDER

PER CURIAM

**AND NOW**, this 21st day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Dominick PEOPLES, Petitioner

No. 144 EAL 2017

Supreme Court of Pennsylvania.

September 21, 2017

## ORDER

PER CURIAM

**AND NOW**, this 21st day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

Theodore J. DAVENPORT,
Jr., Petitioner

v.

Attorney for the Commonwealth Ms. Stefanie M. FLICK, Detective John O'Connor, Detective Quinton Kennedy, Jane Doe/Hispanic Female, Jane Doe/Caucasian Female, Respondents

No. 249 MAL 2017

Supreme Court of Pennsylvania.

September 21, 2017

## ORDER

PER CURIAM

**AND NOW**, this 21st day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.